NUMBER
13-02-467-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                                    CORPUS
CHRISTI

_______________________________________________________________

 

CHARLES McCLOUD,                                                                      Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                    Appellee.

_______________________________________________________________

 

                              On
appeal from the 28th District Court 

                                        of
Nueces County, Texas.

_______________________________________________________________

 

                                          O
P I N I O N

 

                      Before
Justices Dorsey, Hinojosa, and Castillo

                                             Opinion
Per Curiam

 








Appellant, CHARLES McCLOUD,
perfected an appeal from a judgment entered by the 28th District
Court of Nueces County, Texas, 
in cause number 02-CR-98-A.  Appellant has filed a motion to withdraw
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to withdraw
notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted.  Appellant's
motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 17th
day of October, 2002.